IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CHARLES JANHUNEN and KANDACE KONOLA,<br><br>Plaintiffs,<br><br>vs.<br><br>KEYSTONE RV COMPANY, D&D RV CENTER, LLC, and DOMETIC CORPORATION,<br><br>Defendants. | CV 24-55-H-KLD<br><br>ORDER |

Pursuant to the Court's prior order (Doc. 31), the parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 32). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 28th day of April, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge